1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

FILED

MAY 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

                                    )   2:11sw24 GGH
                                    )
                                    )   CASE NO.
                                    )
                                    )
In re: Search Warrant               )   **SEALING ORDER**
                                    )
                                    )
                                    )

Upon application of the United States of America and good cause having been show,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, with the exception that a copy of the search warrant and attached and incorporated search warrant affidavit will be left at the scene of the search, unless otherwise ordered by this Court.

DATED: May 12, 2011

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1