```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```



FILED

MAY 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) <br> ) <br> SEARCH OF 450 PITTMAN ) <br> ROAD, APARTMENT # 532, ) <br> FAIRFIELD, CA 94534 ) <br> ) | D.C. NO. 2-11-sw-214 GGH <br><br> APPLICATION AND ORDER FOR <br> UNSEALING SEARCH WARRANT <br> APPLICATION AND SEARCH WARRANT |

On May 13, 2011, an application for search warrant and search warrant were filed in the above-referenced case.  As the search warrant has been executed, it is no longer necessary for the search warrant application and search warrant to be sealed.  The government respectfully requests that these documents be unsealed.

DATED: May 13, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: May 16, 2011

/s/ Dale A. Drozd
HON. DALE A. DROZD
U.S. Magistrate Judge

1